From: This District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. TERRY L. GIBSON, Defendant.

NO. 5875 B

## DECISION

The application of the above-named defendant for a review of the sentence of 4 years for Possession of Dangerous Drugs imposed on May 23, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This four year sentence was imposed after hearing on a Petition for Revocation of Deferred Imposition of Sentence for Possession of Dangerous Drugs, the Court finding that the defendant had associated with users of dangerous drugs during the period of probation, in violation of the deferred sentence.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Sixteenth Judicial District. County of Custer.

STATE OF MONTANA, Plaintiff, vs. JERRY ZELLER, Defendant.
NO. 2216

## DECISION

The application of the above-named defendant for a review of the sentence of 3 years for Uttering and Delivering a Fraudulent Check imposed on March 12, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

The defendant is serving three years for uttering and delivering a fraudulent check. He was sentenced on March 11, 1970. He was originally given a deferred imposition of sentence which was revoked. From this it is apparent that the sentence is sufficiently lenient.

We thank Leonard Haxby, Esq., for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.